UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-20592-CR-JORDAN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) |
| EMILIO GOMEZ | ) |
| _____ | ) |

### ORDER

Upon a de novo review of the record, including Mr. Gomez's objections [D.E. 116], I adopt Magistrate Judge Torres' report [D.E. 115]. Accordingly, Mr. Gomez's motion to dismiss [D.E. 59] is DENIED.

Mr. Gomez's reliance on what CS-2 supposedly told Mr. Gomez and the others on September 5, 2006, is misplaced. Mr. Gomez and the others were the ones who asked CS-2 about the "likelihood of those persons being armed." Moreover, even if CS-2 was the one who initiated the discussion about the "victim" drug dealers being armed, this conversation took place 10 days after Mr. Pena told CS-2 that he wanted to commit the robbery, that he had guys who were good, and that they had equipment that included pistols. In short, the defendants first suggested the use of firearms.

DONE and ORDERED in chambers in Miami, Florida, this 5th day of April, 2007.

_____
Adalberto Jordan
United States District Judge

cc:   All counsel of record